IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EARTH PRIDE ORGANICS, LLC, et al.**<br><br>v.<br><br>**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EARTH PRIDE ORGANICS, LLC** | **CIVIL ACTION**<br><br>**NO. 20-4032**<br><br>**BANKRUPTCY NO. 17-13816** |

## ORDER RE APPEAL

**AND NOW**, on this 20th day of April, 2021, upon consideration of the briefs and record on appeal (ECF 13, 15), and for the reasons stated in the attached Memorandum, it is hereby **ORDERED** that the Order of the Bankruptcy Court dated July 29, 2020 is **AFFIRMED**.

The Clerk is directed to **CLOSE** this case.

BY THE COURT:

s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.

/Volumes/Judge Baylson/CIVIL 20/20-4032 Earth Pride Bankruptcy Appeal/20cv4032 Order Re Bankruptcy Appeal.docx